| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KEELEY, IRENE M. | 2. Court or Organization<br><br>USDC NORTHERN DISTRICT OF WV | 3. Date of Report<br><br>06/29/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF WV<br>PO BOX 2808<br>CLARKSBURG WV 26302-2808 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. MEMBER - PRESIDENT'S HOUSE ADVISORY COMMITTEE | WEST VIRGINIA UNIVERSITY |
| 3. MEMBER - BOARD OF TRUSTEES | COLLEGE OF NOTRE DAME OF MARYLAND |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2010 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF NOTRE DAME | 2/17/10 TO 2/19/10 | UNIVERSITY OF NOTRE DAME SOUTH BEND IN | 60th ANNUAL SHOWCASE MOOT COURT ARGUMENT | TRAVEL-MEALS-LODGING |
| 2. | US COURT OF APPEALS | 5/19/10 TO 5/20/10 | WASHINGTON DC | MEETING OF CIRCUIT JUDICIAL COUNCIL/ COMMITTEES | TRAVEL-LODGING |
| 3. | FEDERAL JUDGES ASSOCIATION | 5/23/10 TO 5/25/10 | WASHINGTON DC | FJA QUADRENNIAL | TRAVEL-LODGING |
| 4. | USDC-NORTHERN DISTRICT OF WV | 6/27/10 TO 6/28/10 | RICHMOND VA | 4th CIRCUIT CHIEF JUDGES MEETING | TRAVEL-MEALS-LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | USDC-NORTHERN DISTRICT OF WV | 7/19/10-7/20/10 | STONEWALL JACKSON RESORT ROANOKE WV | COURT RETREAT | TRAVEL-MEALS-LODGING |
| 6. | USDC-NORTHERN DISTRICT OF WV | 8/11/10 TO 8/11/10 | AUGUSTA GA | MEETING/SEMINAR WITH ANOTHER GOV'T ENTITY | TRAVEL |
| 7. | USDC-NORTHERN DISTRICT OF WV | 12/5/10 TO 12/6/10 | NAPLES FL | CRIMINAL LAW COMMITTEE MEETING | TRAVEL-LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P3 |
| 2. | PREMIER BANK/FIRST CENTRAL | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 3. | THE HUNTINGTON NATIONAL BANK | BANK LINE OF CREDIT | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | D | Interest | P1 | T | | | | | |
| 2. HUNTINGTON NATL BANK ACCOUNTS | E | Interest | P1 | T | | | | | |
| 3. BB&T BANK-BANK ACCOUNT | B | Interest | N | T | | | | | |
| 4. FIRST CENTRAL BANK- BANK ACCOUNT | B | Interest | N | T | | | | | |
| 5. MERRILL LYNCH CMA ACCT | D | Interest | O | T | | | | | |
| 6. GROUND BREAKERS INC S CORP COMMON STOCK | F | Dividend | P1 | U | | | | | |
| 7. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. CHEVRON CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 9. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. EDISON INT'L CALIF COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. CSX CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. PROGRESS PROPERTIES LLC | | None | N | U | | | | | |
| 15. WHITE OAKS PROFESSIONAL BLDG ONE LLC | | None | L | U | Buy | 03/30/10 | M | | SEE PART VIII ADD'L INFO |
| 16. WHITE OAKS PROFESSIONAL BLDG TWO LLC | | None | M | U | Buy | 09/01/10 | M | | SEE PART VIII ADD'L INFO |
| 17. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. CITIGROUP INC COMMON STOCK | | None | J | T | | | | | |
| 21. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. COMPOSITE TRANSPORT TECHNOLOGIES INC (FORMERLY TABBETT INC) | | None | K | T | | | | | SEE PART VIII ADD'L INFO |
| 23. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 24. MIAMI DADE CTY AVIATION REV BOND | A | Interest | J | T | | | | | |
| 25. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | N | T | | | | | |
| 26. NOTE RECEIVABLE HIGH TECH CORRIDOR DEVELOPMENT LLC | G | Interest | P1 | T | | | | | |
| 27. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 28. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | D | Interest | O | T | | | | | |
| 29. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | C | Interest | M | T | | | | | |
| 30. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |
| 31. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY,WV | B | Royalty | J | U | | | | | |
| 32. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 33. WORKING INTEREST D103 WINDON HARRISON CTY WV | A | Royalty | J | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 06/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 35. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 36. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 37. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 38. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 39. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS & TRUSTS  LINE 15 - SELLER OF INTEREST IS WHITE OAKS PROFESSIONAL BLDG ONE LLC

PART VII INVESTMENTS & TRUSTS LINE 16 - SELLER OF INTEREST IS WHITE OAKS PROFESSIONAL BLDG TWO LLC

PART VII INVESTMENTS & TRUSTS LINE 22 - NAME CHANGED IN 2010 FROM TABBETT INC TO COMPOSITE TRANSPORT TECHNOLOGIES INC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ IRENE M. KEELEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544